**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **PATRICIA CLIFTON, an individual,**  Plaintiff,  v.  **MORTON COMPREHENSIVE HEALTH SERVICES, INC.**  Defendant. | Case No. 16-CV-00476-GKF-TLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff, Patricia Clifton, and Defendant, Morton Comprehensive Health Services, Inc., that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren Lambright, OBA #22300
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
ATTORNEYS FOR PLAINTIFF


*s/Steven A. Broussard*
Steven A. Broussard, OBA #12582
Johnathan L. Rogers, OBA #21341
HALL, ESTILL, HARDWICK,

GABLE, GOLDEN & NELSON, P.C.
320 S����� B����� A�����, S���� 200
T����, OK 74103-3706
T��������: (918) 594-0400
F��������: (918) 594-0505
E����: ���������@����������.���
ATTORNEYS FOR DEFENDANT